## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **T&A HOLDINGS, LLC** | ] | 11-B-81443 |
| | ] | Lead Case- Jointly Administered |
| **ALL SMILES DENTAL, PC.** | ] | 12-B-81088 |
| | ] | Member Case |
| **TIMOTHY STIRNEMAN** | ] | 12-B-81089 |
| | ] | Member Case |
| | ] | |
| | ] | Chapter 11 |
| | ] | |
| | ] | Honorable Judge Lynch |

## FINAL DECREE

The estate of the above named debtors has been fully administered.

The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

The Chapter 11 cases of the above named debtors is closed.


Dated: March 13, 2013


_____
Bankruptcy Judge