## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **T&A HOLDINGS, LLC** | ] | 11-B-81443 |
| | ] | Lead Case- Jointly Administered |
| **ALL SMILES DENTAL, PC.** | ] | 12-B-81088 |
| | ] | Member Case |
| **TIMOTHY STIRNEMAN** | ] | 12-B-81089 |
| | ] | Member Case |
| | ] | |
| | ] | Chapter 11 |
| | ] | |
| | ] | Honorable Judge Lynch |

### NOTICE OF MOTION

**to the attached Service List:**

PLEASE TAKE NOTICE, that on the 13th day of March 2013, at the hour of 10:30AM I shall appear before the honorable Judge Lynch, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, 327 South Church Street Rockford, Illinois 61101, and present the **The Debtors Motion for the Entry of a Final Decree;** A copy of which is annexed hereto.

### CERTIFICATE OF SERVICE

I, Mitchell Elliot Jones, an attorney, state that I caused a copy of this notice to be served upon the all parties on the attached list, by Electronic Delivery by the CM/ECF system, email; or by depositing a copy of the same in the US PostBox , postage prepaid, prior to 5 pm on the 27th day of February 2013.

/S/Mitchell Elliot Jones

Mitchell Elliot Jones
Jones Law Offices
1236 Chicago Avenue, #302
Evanston, Illinois 60202
(312) 282-7849
ARDC Atty# 3126182

Office of the US Trustee
780 Regent Street
Suite 304
Madison, WI 53715˘
By electronic transmission

RBS Citizens Bank
C/O Richard Prena, Esq.
Fuchs & Roselli, Ltd.
440 West Randolph, Suite 500
Chicago, IL 60606
By email: rperna@frltd.com
& Electronic Transmission

Briarwood Office Center II
O&S Development LLC
855 Feinberg Court
Suite 113
Cary, Illinois 60013

Briarwood Office Center II
c/o Barry Rosenbloom, Esq
c/o Lester Ottenheimer, Esq.
By email:
 barry@barryRLaw.com
lottenheimer@olawgroup.com
& Electronic Transmission

Briarwood Office Center II
c/o Paul A. Krieg
226 W. Judd Street Woodstock,
IL 60098

United States Small Business
Administration-
c/o Mary Cvengros
500 West Madison Street, #1150
Chicago, Illinois 60661

United States Small Business
Administration
c/o Joel Nathan, Esq.
Assistant US attorney
219 South Dearborn Street
Suite 500
Chicago, Illinois 60604

McHenry County Treasurer
Government Center
2200 N. Seminary Avenue
Woodstock, IL 60098˘

Illinois Dept of Employment
Security
Benefit Payment
Control Division
PO Box 4385
Chicago, Il 60680

Illinois Dept of Revenue
Bankruptcy Section
PO Box 64338
Chicago, Illinois 60664

Dept of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Andrea O'Brien, CPA
5355 North Francisco
Chicago, Illinois 60625

Sallie Mae, Inc.
ATTN:Correspondence
P O Box 9500
 Wilkes-Barre, PA 18773-9500

Crystal Lake Bank & Trust
 Attn: Kevin Myers
 70 N Williams St,
 Crystal Lake, IL  60014

R. Kenneth Stirneman
4726 Monterey Dr.
Winter Haven, FL 33880

Royal Bank America Leasing
  550 Township Line Road,
Suite 425,
Bell, PA 19422

Patterson Financial Services
1031 Mendota Heights Rd.
Saint Paul, Minnesota 55120

MidCountry Equipment
Finance, Inc.
f/k/a/OFC Capital Corporation
C/O Law Offices of Gabriel B
Antman
77 West Washington Street
Suite 719
Chicago, Illinois 60602

Lyon Financial Services, Inc
.C/O Askounis & Darcy PC
401 N. Michigan Ave.,
Suite 550
Chicago, Illinois 60611

Henry Schein Practice Solutions
Dept. CH 14200
Palentine, IL 60055-4200

Yellowbook
P.O. Box 3162
Cedar Rapids, IA 52406-3162

Comcast Financial Agency
Corp.
12964 Collections Center Dr.
Chicago, IL 60693

Benco Dental
295 Centerpoint Blvd.
Pittston, PA 18640

```
Timothy Stirneman
C/O All Smiles Dental, PC.
1452 Merchant Drive
Algonquin, Illinois 60102
By email:

 drtim@allsmilesdental
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **T&A HOLDINGS, LLC** | ] | 11-B-81443 |
| | ] | Lead Case- Jointly Administered |
| **ALL SMILES DENTAL, PC.** | ] | 12-B-81088 |
| | ] | Member Case |
| **TIMOTHY STIRNEMAN** | ] | 12-B-81089 |
| | ] | Member Case |
| | ] | |
| | ] | Chapter 11 |
| | ] | |
| | ] | Honorable Judge Lynch |

**Motion for Entry of a Final Decree**

Now come the above debtors, and for their motion for the entry of a final decree state:

1. This Court entered a order confirming a joint plan of reorganization of the above debtors on January 16, 2013.
2. The debtors estate has been fully administered. The deposit required to be made by the plan of reorganization has been made.

Wherefore, the above debtors pray for the entry of a final decree closing these chapter 11 cases, and any and all other relief as this Court deems just.

        T&A Holdings, LLC.; All Smiles Dental, PC; Timothy Stirneman

        /s/Mitchell Elliot Jones
        One of their attorneys

Mitchell Elliot Jones
Jones Law Offices
1236 Chicago Avenue, Suite 302
Evanston, Illinois 60202
(312) 282-7849