| ASD Leases | Monthly Payment | Date Paid | Check # |
|---|---:|---|---:|
| OFC Capital | $4,227.31 | 3/23/2013 | EFT |
| Lyons | $2,500.00 | 3/25/2013 | 12541 |
| Royal Bank America Leasing | $1,000.00 | 3/1/2013 | EFT |
| Patterson Financial | $569.00 | 3/3/2013 | EFT |
| | | | |
| ASD Creditors | Monthly Payment | Date Paid | Check # |
| RBS Adequate Protection ASD | $6,651.81 | 2/27/2013 | 4721 |
| IRS (ASD) | $34.10 | 3/11/2013 | 12540 |
| IL Dept of Employment Security | $223.91 | 3/11/2013 | 12539 |
| Andrea O'Brien | $17.04 | 3/11/2013 | 12542 |
| | | | |
| T&A Creditors | Monthly Payment | Date Paid | Check # |
| RBS Adequate Protection T&A | $10,625.00 | 2/27/2013 | 4720 |
| RBS Secured | $16,360.67 | 3/9/2013 | 4718 |
| RBS Unsecured | $2,808.02 | 3/9/2013 | 4719 |
| SBA | $4,082.00 | 3/11/2013 | 4722 |
| McHenry County Property Tax | $796.14 | 3/11/2013 | 4723 |
| IRS (T&A) | $66.03 | 3/11/2013 | 4727 |
| R. Kenneth Stirneman | $581.85 | 3/20/2013 | 4724 |
| Briarwood | $1,794.56 | 3/20/2013 | 4725 |
| | | | |
| Tim Creditors | Monthly Payment | Date Paid | Check # |
| IRS (Tim) | $2,446.89 | 3/26/2013 | 12543 |
| Sallie Mae | $1,562.49 | 3/26/2013 | 12544 |