IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **T&A HOLDINGS, LLC** | ] | **11-B-81443** |
| | ] | Lead Case- Jointly Administered |
| **ALL SMILES DENTAL, PC.** | ] | **12-B-81088** |
| | ] | Member Case |
| **TIMOTHY STIRNEMAN** | ] | **12-B-81089** |
| | ] | Member Case |
| | ] | |
| | ] | Chapter 11 |
| | ] | |
| | ] | Honorable Judge Lynch |

## FINAL DECREE

This matter coming on for hearing upon the debtors motion for the entry of a final decree, notice having been given, the Court finding that the order confirming the plan of reorganization (the 'Plan') has become final, the debtors have commenced payments under the Plan, the deposit required by the Plan has been distributed, all payments have been made to the United States Trustee, and any contested matters and motions have been fully resolved; the Court hearing the statements of counsel and being fully advised in the premises:

IT IS ORDERED THAT:

1. The Chapter 11 cases of the above named debtors are closed.
   A final decree hereby being entered,

MAR 20 2013

Dated:

_____
Bankruptcy Judge